'

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00441-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     VALENTINO BAILEY,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a hearing to review conditions of probation regarding Defendant Bailey is set **Friday, July 1, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  January 6, 2011

---