'    IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO
              LEWIS T. BABCOCK, JUDGE

Criminal Case No.  10-cr-00441-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    VALENTINO BAILEY,

      Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant has filed a Motion to Modify Probation and for Early Termination of Home Detention (Doc 36 - filed March 28, 2011).  Plaintiff and Probation have **up to and including April 12, 2011** to file a response.

Dated:  March 29, 2011